UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Richardson,<br><br>     Petitioner<br><br>v.<br><br>Bean, et al.,<br><br>     Respondents | Case No.: 2:24-cv-01297-APG-NJK<br><br>**Order Granting Extension of Time to File Amended Petition to May 8, 2025**<br><br>[ECF No. 10] |

Petitioner Gregory Richardson asks the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 10. Petitioner's counsel, the Federal Public Defender, explains that it appears that she will need to conduct extensive investigation in order to prepare an amended petition and that she has calculated the date that the statute of limitations will expire as May 8, 2025. Good cause appearing,

I THEREFORE ORDER that petitioner's unopposed motion for extension of time to file an amended petition **[ECF No. 10] is GRANTED** *nunc pro tunc.* **The deadline to is extended to May 5, 2025.**

DATED this 10th day of December, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE