# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Gregory Richardson,

    Petitioner

v.

Bean, *et al.*,

    Respondents

Case No.: 2:24-cv-01297-APG-NJK

**Order Granting Extension to File Second Amended Petition to November 13, 2025**

[ECF No. 18]

Petitioner Gregory Richardson asks the court for an extension of time to file a second amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 18.  Good cause appearing,

I ORDER that the petitioner's motion for extension of time to file a second amended petition **[ECF No. 18] is GRANTED** *nunc pro tunc*.  **The deadline is extended to November 13, 2025.**

DATED this 15th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE