# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GREGORY RICHARDSON,

               Petitioner,

v.

JEREMY BEAN, *et al.,*

               Respondents.

Case No.: 2:24-cv-01297-APG-NJK

**Order Granting
Motion for Extension of Time**

**(ECF No. 21)**

     In this habeas corpus action, after a 90-day initial period and a 30-day extension of time, the petitioner, Gregory Richardson, represented by appointed counsel, was due to file an amended habeas petition by November 13, 2025. ECF Nos. 17, 20. On November 13, Richardson filed a motion for extension of time, requesting a further extension, of 46 days, to December 29. ECF No. 21. Richardson's counsel states that the extension is necessary because of their obligations in other cases and represents that the respondents do not oppose their request. I find that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. I will grant the motion for extension of time as requested.

     Nothing in this order, or in any order setting or extending a deadline for an amended habeas petition, is meant as a comment upon, or to affect in any way, the operation of any statute of limitations applicable to this case.

///

///

///

///

I therefore order that Petitioner's Motion for Extension of Time **(ECF No. 21) is**

**GRANTED**. Petitioner will have until and including **December 29, 2025**, to file an amended

petition for writ of habeas corpus.

DATED: November 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE