AARON D. FORD
  Attorney General
Erica Berrett (Bar. No. 13826)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3110 (phone)
(702) 486-3906 (fax)
EBerrett@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>                    Petitioner,<br><br>  vs.<br><br>BEAN, *et al.,*<br><br>                    Respondents | Case No. 2:24-cv-01297-APG-NJK<br><br>**ORDER GRANTING**<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED § 2254 PETITION (ECF NO. 23)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of sixty (60) days from the current due date of February 23, 2026, up to and including April 24, 2026, in which to file their response to the Second Amended § 2254 Petition (ECF No. 23). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the first enlargement of time sought by Respondents to file the response to the Second Amended § 2254 Petition, and the request is brought in good faith and not for the purpose of delay.

DATED: February 23, 2026.

Submitted by:

AARON D. FORD
Attorney General

By: */s/ Erica Berrett*
    Erica Berrett (Bar. No. 13826)
    Senior Deputy Attorney General

1

## DECLARATION OF ERICA BERRETT

I, ERICA BERRETT, declare under penalty of perjury:

1.      I am a Senior Deputy Attorney General in the Post-Conviction Division of the Office of the Nevada Attorney General. I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      This Motion is made in good faith and not for the purpose of delaying proceedings in this matter.

3.      The deadline to file the response is currently February 23, 2026. I have been unable with due diligence to timely complete this pleading. Therefore, I am requesting a 60-day enlargement of time, up to and including April 24, 2026, in order for Respondents to respond to the petition.

4.      Since Richardson filed his Second Amended § 2254 Petition, I have had to focus on other federal habeas matters, including filing a reply to response in capital matter *Byford v. Bean, et al.*, Case No. 3:11-cv-00112-JCM-CSD, and drafting an appellate brief in the Ninth Circuit Court of Appeals for *Bodden v. Dreesen, et al.*, Case No. 25-109. Additionally, I had a response due in *Clark v. Wyoming Dept. of Corrections, et al.*, Case No. 2:24-cv-01720-APG-EJY, which I had a colleague draft, so that I could focus on the remainder of my caseload.

5.      In addition to working on my own federal habeas caseload, I have had to help multiple colleagues by reviewing their federal habeas pleadings, which is my responsibility as a Senior Deputy. Furthermore, the Nevada Attorney General's Post-Conviction Division remains short-staffed, which makes it difficult for me to obtain assistance from colleagues with my caseload, as my colleagues are also very busy with their own heavy caseloads.

6.      I continue to work overtime hours on evenings and weekends in an attempt to keep up with my assignments. However, I have become ill twice within the last month, and I have had multiple doctor appointments, which has decreased the amount of overtime hours that I have been able to work recently.

7.      I contacted Petitioner's counsel regarding this motion for enlargement, and counsel does not oppose it.

/ / /

2

8.      Respondents therefore request an enlargement of time of 60 days, up to and including April 24, 2026, in order for respondents to respond to the petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2026.

*/s/ Erica Berrett*
Erica Berrett (Bar No. 13826)
Senior Deputy Attorney General

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____February 24, 2026_____

3