AARON D. FORD
  Attorney General
Erica Berrett (Bar. No. 13826)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3110 (phone)
(702) 486-3906 (fax)
EBerrett@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY RICHARDSON,

Petitioner,

vs.

BEAN, *et al.,*

Respondents.

Case No. 2:24-cv-01297-APG-NJK

**ORDER GRANTING**

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED § 2254 PETITION (ECF NO. 23)**

**(SECOND REQUEST)**

Respondents move this Court for an enlargement of time of forty-five (45) days from the current due date of April 24, 2026, up to and including June 8, 2026, in which to file their response to the Second Amended § 2254 Petition (ECF No. 23). This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the second enlargement of time sought by Respondents to file the response to the Second Amended § 2254 Petition, and the request is brought in good faith and not for the purpose of delay.

DATED: April 24, 2026.

Submitted by:

AARON D. FORD
Attorney General

By: */s/ Erica Berrett*
    Erica Berrett (Bar. No. 13826)
    Senior Deputy Attorney General

Page 1

**<u>DECLARATION OF ERICA BERRETT</u>**

I, ERICA BERRETT, declare under penalty of perjury:

1. I am a Senior Deputy Attorney General in the Post-Conviction Division of the Office of the Nevada Attorney General. I make this declaration on behalf of Respondents' motion for enlargement of time.

2. This Motion is made in good faith and not for the purpose of delaying proceedings in this matter.

3. The deadline to file the response is currently April 24, 2026. I have been unable with due diligence to timely complete this pleading. Therefore, I am requesting a 45-day enlargement of time, up to and including June 8, 2026, in order for Respondents to respond to the petition.

4. Since Respondents' previous request for enlargement of time, I have had responsibilities in multiple other federal habeas cases, which has prevented me from completing the response in this matter. Some of my other case responsibilities included filing a response to FED. R. CIV. P. Rule 60(b) motion in *Peck v. Royal*, Case No. 2:21-cv-01971-ART-VCF; finishing an answering brief in the Ninth Circuit Court of Appeals for *Bodden v. Dreesen, et al.*, Case No. 25-109; and currently working on an answer in *Douglas v. Gittere*, Case No. 3:21-00431-ART-CSD.

5. As a Senior Deputy Attorney General, I am responsible for reviewing federal habeas pleadings for multiple deputies and assigning all federal habeas matters. Additionally, I am responsible to help prepare colleagues for oral argument. There has been a recent increase both in federal habeas matters for me to assign, as well as in oral arguments with which I have had to assist colleagues. We also have two deputies leaving the division within the next three weeks, and it is my responsibility to reassign their cases, which creates additional work for me. The Post-Conviction Division remains short-staffed, which makes it difficult to distribute work to colleagues, whose caseloads are already bloated.

6. Additionally, on April 2, 2026, I had major surgery, which required taking time off work and then returning to work in a more limited capacity from home. I do not anticipate being able to return to the office full time until May 2026. Before I will be able spend significant time on the response in this case, I have a federal capital habeas matter, *Bolin v. Bean*, 3:21-cv-00431-ART-CSD, which requires priority, as the opposing counsel in that case oppose enlargements of time.

7.    I contacted Petitioner's counsel regarding this motion for enlargement, and counsel does not oppose it.

8.    Respondents therefore request an enlargement of time of 45 days, up to and including June 8, 2026, in order for respondents to respond to the petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2026.

_/s/ Erica Berrett_____
Erica Berrett (Bar No. 13826)
Senior Deputy Attorney General

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 24, 2026