AARON D. FORD
  Attorney General
Erica Berrett (Bar. No. 13826)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3110 (phone)
(702) 486-3906 (fax)
EBerrett@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>                    Petitioner,<br><br>  vs.<br><br>BEAN, *et al*.<br><br>                    Respondents. | Case No. 2:24-cv-01297-APG-NJK<br><br>**ORDER GRANTING**<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED § 2254 PETITION (ECF NO. 23)**<br><br>**(THIRD REQUEST)** |

Respondents move this Court for an enlargement of time of thirty (30) days from the current due date of June 8, 2026, up to and including July 8, 2026, in which to file their response to the Second Amended § 2254 Petition (ECF No. 23). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the third enlargement of time sought by Respondents to file the response to the Second Amended § 2254 Petition, and the request is brought in good faith and not for the purpose of delay.

DATED: June 8, 2026.

Submitted by:

AARON D. FORD
Attorney General

By*: /s/ Erica Berrett*
        Erica Berrett (Bar. No. 13826)
        Senior Deputy Attorney General

1

## <u>DECLARATION OF ERICA BERRETT</u>

I, ERICA BERRETT, declare under penalty of perjury:

1.      I am a Senior Deputy Attorney General in the Post-Conviction Division of the Office of the Nevada Attorney General. I have been assigned to represent Respondents in this matter, and as such, have personal knowledge of the matters contained herein. I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      This Motion is made in good faith and not for the purpose of delaying proceedings in this matter.

3.      The deadline to file the response to the Second Amended § 2254 Petition is currently June 8, 2026. I have been unable with due diligence to timely complete this pleading. Therefore, I am requesting a 30-day enlargement of time, up to and including July 8, 2026, in order for Respondents to respond to the petition.

4.      Since Respondents' previous request for enlargement of time, I have had responsibilities in multiple other federal habeas cases, which has prevented me from completing the response in this matter. Some of my other case responsibilities included filing an answer in *Douglas v. Gittere*, Case No. 3:21-cv-00431-ART-CSD; an opposition to Rule 60 motion in *Peck v. Royal*, Case No. 2:17-cv-01630-JAD-MDC; and an answer in capital habeas matter *Bolin v. Bean*, Case No. 3:07-cv-00481-ART-CLB. I have had to prioritize these other matters as they predated this case and/or had more extensions for the filings. In the case of *Bolin*, petitioner's counsel opposed any enlargements of time.

5.      Since Respondents' previous request for enlargement of time, the Post-Conviction Division has also experienced significant turnover, with two deputies leaving, one new deputy beginning employment, and two positions remaining vacant. As a Senior Deputy Attorney General, I am responsible for reassigning all federal habeas matters in the division when such turnover occurs, and I am responsible to help with the training of new deputies. This recent turnover, as well as the increased number of vacancies, has increased my workload, along with the workload of all remaining deputies in the division, making it difficult to find coverage or assistance for the cases. The additional workload has resulted in me working on days that I had previously scheduled for vacation time, as well as continuing my normal / / /

1

schedule of working many overtime hours without additional compensation. Despite these efforts, it remains difficult to keep up with the growing caseload.

6.    Despite these other responsibilities and challenges, I have not neglected working on this case. I coordinated with support staff to obtain the state court record, and I have reviewed and filed an index of the state court records in anticipation of filing the response in this matter.

7.    I contacted Petitioner's counsel regarding this motion for enlargement, and counsel does not oppose it.

8.    Respondents therefore request an enlargement of time of 30 days, up to and including July 8, 2026, in order for respondents to respond to the petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026.

/s/ Erica Berrett
Erica Berrett (Bar No. 13826)
Senior Deputy Attorney General

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: June 9, 2026

1