**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gregory Richardson,<br>Petitioner<br>v.<br>Jeremy Bean, *et al*.,<br>Respondents | Case No.: 2:24-cv-01297-APG-NJK<br>**Order Granting Petitioner's Motion to Extend**<br>[ECF No. 46] |

Petitioner Gregory Richardson filed a motion for extension of time to file his opposition to Respondents' motion to dismiss. ECF No. 14. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed first motion for enlargement of time (ECF No. 14) is granted. The deadline to file the opposition is October 23, 2026.

DATED: September 17, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE