AARON D. FORD
Attorney General
Erica Berrett (Bar. No. 13826)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3110 (phone)
(702) 486-3906 (fax)
EBerrett@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREGORY RICHARDSON,

Petitioner,

vs.

BEAN, *et al.*,

Respondents

Case No. 2:24-cv-01297-APG-NJK

**ORDER GRANTING**

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS (ECF NO. 48)**

**(FIRST REQUEST)**

Respondents move this Court for an enlargement of time of thirty-one (31) days from the current due date of October 30, 2026, up to and including November 30, 2026, in which to file their reply to Petitioner Gregory Richardson's Opposition to motion to dismiss (ECF No. 48). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the first enlargement of time sought by Respondents to file the reply, and the request is brought in good faith and not for the purpose of delay.

DATED: October 29, 2026.

Submitted by:

AARON D. FORD
Attorney General

By: */s/ Erica Berrett*
Erica Berrett (Bar. No. 13826)
Senior Deputy Attorney General

**DECLARATION OF ERICA BERRETT**

I, ERICA BERRETT, declare under penalty of perjury:

1. I am a Senior Deputy Attorney General in the Post-Conviction Division of the Office of the Nevada Attorney General. I make this declaration on behalf of Respondents' motion for enlargement of time.

2. This Motion is made in good faith and not for the purpose of delaying proceedings in this matter.

3. The deadline to file the reply to the Opposition to motion to dismiss is currently October 30, 2026. I have been unable with due diligence to timely complete this pleading. Therefore, I am requesting a 31-day enlargement of time, up to and including November 30, 2026, in order for Respondents to reply.

4. Respondents only have seven days to reply to Petitioner's Opposition to motion to dismiss, in accordance with the local rules. Last weekend from Friday through Sunday, I was traveling out of state and therefore could not dedicate much time on the reply. Yesterday, I had IT issues as my office attempted to update some of our outdated computer hardware, which issues further limited my ability to work on this matter. Today, I have a medical procedure, which will take me out of the office for the entire afternoon. Finally, tomorrow is a state holiday, and my office will be closed. Therefore, in this narrow window of time allowed under the local rules, I have had limited availability to work on Respondents' reply.

5. Although Petitioner Richardson's Opposition to the motion to dismiss is not particularly lengthy, I am requesting a 31-day enlargement of time because I have deadlines in several other federal habeas matters, which I need to balance. As a Senior Deputy, I am also responsible for the training and review of junior colleagues, assigning all federal habeas matters, and assisting with preparations for the transition our office anticipates with the election of a new attorney general, all of which tasks have been time-consuming in recent weeks.

6. I contacted Petitioner's counsel regarding this motion for enlargement, and counsel does not oppose it.

/ / /

7. Respondents therefore request an enlargement of time of 31 days, up to and including November 30, 2026, in order for respondents to reply to the Opposition to motion to dismiss.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026.

*/s/ Erica Berrett*
Erica Berrett (Bar No. 13826)
Senior Deputy Attorney General

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: November 2, 2026